USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MITCHELL MEDINA

                Plaintiff,

    against

JEFFREY A SCHWAB, Esq. and
ABELMAN, FRAYNE, & SCHWAB

               Defendants.

------------------------------------------------------------x

09 Civ. 4603 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present, IT IS HEREBY ORDERED THAT:

    1. The last date for discovery is April 30, 2010. There will be no further adjournments.

    2. A pretrial conference is scheduled for April 30, 2010 at 10:00 a.m.

Dated: New York, New York
        December 17, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1